UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
TYRONE WRIGHT,

                    Plaintiff,           **ORDER**

           - against -        25 Civ. 00888 (NRB)

NEW WORLD DESIGN BUILD, INC. d/b/a NEW
WORLD DESIGN BUILDERS/K2 STUDIOS

                  Defendant.
------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS**, on June 20, 2025, defendant NEW WORLD DESIGN BUILD, INC. filed a Motion to Dismiss (the "Motion").  ECF No. 16; and

    **WHEREAS**, on July 18, 2025, the Motion was refiled per Court Notice.  ECF No. 17; and

    **WHEREAS**, on July 18, 2025, plaintiff TYRONE WRIGHT filed an opposition to the Motion (the "Opposition").  ECF No. 18; and

    **WHEREAS**, the Motion and Opposition were not "accompanied by a letter no longer than three pages outlining the substantive arguments advanced in the motion papers" as required by Rule 2.C.1 of this Court's individual practices; it is hereby

    **ORDERED** that both parties shall file a letter regarding their respective Motion and Opposition in accordance with Rule 2.C.1 no later than 7 days from the date of this Order.

Dated:    January 20, 2026
        New York, New York

                            _____
                            NAOMI REICE BUCHWALD
                            UNITED STATES DISTRICT JUDGE

1